**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7    MARVIN KNOX,                              No. C 06-0424 SBA

8              Plaintiff.
                                              **ORDER OF REFERRAL**
9      v.

10   MERCK & CO., INC.,

11             Defendant.
     _____

12

13          The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

14   District Judge Marilyn H. Patel for consideration of whether the case is related to *Tokes v. Merck & Co.,*

15   *Inc.*, C 04-4435 MHP.

16          IT IS SO ORDERED.

17

18   Dated: 1/30/06                           _____
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

19

20

21

22

23

24

25

26

27

28