IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN KNOX,                                          No. C 06-0424 SBA

        Plaintiff.
**ORDER OF REFERRAL**
  v.

MERCK & CO., INC.,

        Defendant.

---

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Marilyn H. Patel for consideration of whether the case is related to *Tokes v. Merck & Co., Inc.*, C 04-4435 MHP.

IT IS SO ORDERED.

Dated: 1/30/06

SAUNDRA BROWN ARMSTRONG
United States District Judge